No. 75–33.   FIRESTONE TIRE & RUBBER CO. *v.* GRIGGS. C. A. 8th Cir.   Certiorari denied.

No. 75–39.   OLIVE ET AL. *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 75–40.   O'DELL ET AL. *v.* SCHOOL DISTRICT OF INDEPENDENCE, MISSOURI.   Sup. Ct. Mo.   Certiorari denied.

No. 75–45.   TANG ET AL. *v.* CRAVER ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 75–47.   ORR *v.* FRANK R. MACNEILL & SON, INC. C. A. 5th Cir.   Certiorari denied.

No. 75–49.   SUNSET COVE, INC. *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 75–51.   CHVOSTA *v.* TOWNSHIP OF BAINBRIDGE, OHIO, ET AL.   Ct. App. Ohio, Geauga County.   Certiorari denied.

No. 75–53.   DEJESUS *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 75–54.   MOUNT ET VIR *v.* SUMNER.   C. A. 3d Cir. Certiorari denied.

No. 75–57.   MANARITE *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 75–61.   CARR *v.* MERCY HOSPITAL, INC.   C. A. 5th Cir.   Certiorari denied.

No. 75–65.   INGLEWOOD RESIDENTS' PROTECTIVE ASSN. *v.* CITY OF LOS ANGELES.   Ct. App. Cal., 2d App. Dist. Certiorari denied.